**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| WILLIAM CHARLES FREDERICK #730193 | CASE NO. 6:17-CV-00828 SEC P |
| VERSUS | JUDGE MICHAEL J. JUNEAU |
| ST. MARY PARISH LAW ENFORCEMENT CENTER, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against defendants St. Mary Parish Law Enforcement Center, Sheriff Mark Hebert, Robyn Landry, Staff Tulane University Medical, Sharlen Joseph, and Warden Dadabar be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief can be granted, under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Captain Green for knowing Plaintiff had a conflict with another inmate yet refusing to move the inmate to another dorm, and for knowing about Plaintiff's complaints against Sharlen Joseph regarding mail, be **DISMISSED**

**WITH PREJUDICE** as frivolous and for failure to state a claim on which relief can be granted, under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 12th day of March, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE